Robert Leider and Edith Leider, Plaintiffs-Appellees, v. Donald Campbell, Defendant-Appellee, and William Hadeler, Defendant-Appellant.

Donald W. Campbell, Plaintiff and Counterdefendant-Appellee, and Dorothy G. Campbell, Plaintiff-Appellee, v. William Hadeler, Defendant and Counterclaimant-Appellant.

Gen. No. 46,427. (Abstract of Decision.)

First District, First Division.

June 13, 1955.

Released for publication September 15, 1955.

Wyatt Jacobs, and Robert O. Rooney, for defendant-appellant; Joseph B. Lederleitner, of counsel; C. Jerome Bishop, for plaintiffs-appellees and cross-appellants; Charles D. Snewind, of counsel; McNamara, Voight, Greene & Nordstrand, and Albert M. Howard, and Winston, Strawn, Black & Towner, for Donald and Dorothy Campbell, appellees; Oswell G. Treadway, Douglas C. Moir, and Edward J. Wendrow, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.